**Dismissed and Memorandum Opinion filed November 7, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00825-CV

---

**KENDRA CAIN, Appellant**

**V.**

**ESTATE OF LYDIA TEBO NORMAN, AS ESTATE REPRESENTATIVE OF LYDIA TEBO NORMAN, Appellee**

---

**On Appeal from the Probate Court No 2**
**Harris County, Texas**
**Trial Court Cause No. 391,454-401**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 26, 2013. The notice of appeal was filed September 18, 2013, 2012. The clerk's record was filed October 1, 2013. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless

indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On October 17, 2013, this court ordered appellant to pay the appellate filing fee on or before October 28, 2013, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices McCally, Busby and Wise.